UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:13-cv-00385 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| $22,500.00 UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**Brandon Elledge,**

    **Claimant.**

## ORDER TO STRIKE CLAIM OF BRANDON ELLEDGE ON BEHALF OF LISA A. WALTER AS TO $14,000.00

After review of Plaintiff's Motion to Strike Claim of Brandon Elledge on Behalf of Lisa A. Walter a/k/a Lisa Elledge as to $14,000 and the record, and for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's "Motion to Strike Claim of Brandon Elledge on Behalf of Lisa A. Walter as to $14,000.00" is **GRANTED**.

Dated on this, the  5th  day of  December , 2013.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

1